## No. 17,370.

### CONSOLIDATED COAL & COKE CO. *v.* HAROLD F. SILVER, ET AL.

(286 P. [2d] 1106)

Decided August 2, 1955.   Rehearing denied August 22, 1955.

Messrs. WOOD & RIS, Mr. EDWARD L. WOOD, for plaintiff in error.

Mr. GOLDING FAIRFIELD, Mr. CHARLES J. BEISE, Mr. JAMES P. HUME, for defendants in error Harold F. Silver and Silver Engineering Works, Inc.

Messrs. HODGES, SILVERSTEIN, HODGES & HARRINGTON, Mr. WILLIAM V. HODGES, JR., Messrs. ROSE, ROSE & HOUSTON, for defendant in error Joy Manufacturing Company.

*En Banc.*

PER CURIAM.

An action for "Reformation, Rescission, Damages and other relief" involving contracts concerning royalties for manufacture and sale of machinery. Judgment for defendants affirmed without written opinion.

MR. JUSTICE MOORE not participating.